UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARSON RHODES THALER, | No. 2:14-cv-2013 MCE GGH PS |
| Plaintiff, | |
| v. | ORDER |
| AMADOR COUNTY, et al., | |
| Defendants. | |

Plaintiff has filed a request for extension "for the Federal Complaint" already filed by him. He states that because he is disabled, he requests leniency by the court in regard to extensions of time in this case. (ECF No. 3 at 4.) The court is unable to discern why plaintiff needs an extension of time. Because a complaint is already on file, and there are no other pending matters for which an extension might be necessary at the present time, plaintiff's request will be denied as unnecessary.

Accordingly, IT IS HEREBY ORDERED that: Plaintiff's August 29, 2014 motion for an extension of time (ECF No. 3) is denied as unnecessary.

Dated: September 9, 2014

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Thaler2013.36