UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARSON THALER, | No. 2:14-cv-2013 MCE GGH PS |
| Plaintiff, | |
| v. | ORDER |
| AMADOR COUNTY, et al., | |
| Defendants. | |

Presently before the court is plaintiff's request for appointment of counsel.

The district court has discretion under 28 U.S.C. § 1915(e)(1) to request counsel to represent an indigent civil litigant. First, however, the court must evaluate both (1) the likelihood of success on the merits and (2) the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved. See, e.g., Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991). On the record before it, the court cannot find a likelihood of success on the merits. See Franklin v. Murphy, 745 F.2d 1221, 1236 (9th Cir.1984) (motions to appoint counsel granted only in exceptional circumstances and at discretion of trial court).

\\\\\

\\\\\

\\\\\

\\\\\

1

Accordingly, IT IS ORDERED that plaintiff's November 14, 2014 request for appointment of counsel is denied.

Dated: November 21, 2014

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Thaler2013.appt